IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC RIVERS, VIDAL MCLAURIN, and ARRION FORD, on behalf of themselves, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>SOUTHWAY CARRIERS, INC., and Ivan Bojic<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　No.: 23-cv-00738<br>　　Hon. Matthew F. Kennelly |

**ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT**

This case coming to be heard on Plaintiffs' Unopposed Motion for Preliminarily Approval of the parties Class Action Settlement Agreement ("Settlement Agreement") negotiated between Eric Rivers, Vidal McLaurin, and Arrion Ford (collectively "Plaintiffs") and Southway Carriers Inc. and Ivan Bojic (collectively "Defendants"), with the parties present, the Court has reviewed the Motion, Settlement Agreement, and the exhibits and preliminarily finds that the proposed Settlement Agreement meets the requirements of Rule 23, is within the range of a fair, reasonable, and adequate resolution of the issues in this proceeding, for the reasons stated on the record, and in large part due to potential issues with collectability and therefore, **IT IS ORDERED** that:

1. The Court previously certified the following class, pursuant to Federal Rule of Civil Procedure 23(b)(3), "all persons and entities that entered and operated under a 'Lease Agreement' or a 'Lease-to-Purchase" Agreement with Southway Carriers, Inc., during the applicable limitations periods for" Count I and Count III, which is February 6, 2013 to the date of entry of this Order. ECF No. 68.

2. The form of class notice of the settlement attached to the parties' Settlement Agreement as Exhibit A and the plan for its dissemination specified in the Settlement Agreement are approved and will be mailed to Class Members no later than fifteen (15) days after entry of this Order. Notice may be re-sent to Class Members if necessary to increase the number of claims.

3. The deadline for Class Members to submit a claim is February 11th, 2026.

4. Class Members shall submit any objections to the Settlement Agreement by March 2nd, 2026.

5. Plaintiffs shall file a motion for final approval of the Settlement Agreement, Attorneys' Fees and Costs, and Class Representative Service Awards by February 19th, 2026.

6. The Court will hold a final fairness hearing by telephone on March 5th, 2026, at 9:00 a.m. The following call-in number will be used for the hearing: 650-479-3207; access code 2305-915-8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Dated: 12/2/2025     ENTER: _____
United States District Judge